IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 1:16-cr-202 |
| | ) |
| DAVID JOHN RUSSELL, | ) |
| | ) The Hon T.S. Ellis, III |
| Defendant. | ) |

## ORDER

Upon consideration of the Consent Motion to Remove Trial Date from the Docket and for good cause shown, it is hereby

ORDERED that said motion is Granted in full; and

ORDERED that the trial date of November 9, 2016, be removed from the docket.

FURTHER ORDERED that the Clerk send a copy of this Order to counsel of record.

Entered October 28th, 2016.

_____
The Honorable T.S. Ellis, III
United States District Judge


_____
/s/
T. S. Ellis, III
United States District Judge